WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

**FILED**

AUG 2 8 2009

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

**MARK OERDING,**                                              CV # 08-633-PK

      Plaintiff,

vs.                                                                          ORDER

**COMMISSIONER of Social Security,**

      Defendant.

_____

      Attorney fees in the amount of $4,750.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

      DATED this 26th day of August, 2009.

                         Paul Papak

                        United States District / Magistrate Judge

Submitted on August 26, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1